ample support on the record, and was justified particularly to promote the ends of justice. The fact that a previous order had been made changing the venue of one action from Broome county to Fulton county did not deprive the Special Term of power to act. The situation involving three actions was materially different. Order affirmed, with ten dollars costs. Hill, P. J., Crapser, Bliss and Foster, JJ., concur; Heffernan, J., dissents on the ground that the Special Term had no authority to grant the order. [See *ante*, p. 813.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD B. MORGAN, GERTRUDE M. BENNETT and DOROTHY FRANK, Appellants, v. JOHN J. CUCCI, Assessor, JOHN A. GILES and Others, Constituting the Board of Review of the City of Binghamton, N. Y., Respondents.— Appeal from an order of the Broome County Special Term of Supreme Court vacating a judgment taken by default in a certiorari proceeding instituted to review an assessment of real property situated in the city of Binghamton. The order appealed from is discretionary and should not be interfered with unless there has been a clear abuse of discretion. Such abuse does not appear. We strongly disapprove, however, of the dilatory tactics practiced by respondents. Litigants in tax cases are entitled to have their cases disposed of with reasonable dispatch, and lack of help in some city department cannot be continually urged to deprive them of such right. The order should be affirmed, without costs on appeal, but the provision therein relating to costs on the motion should be modified. Appellants should have fifty dollars costs in the proceeding and twenty-five dollars costs on the motion. Order unanimously affirmed as so modified. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

### (September 25, 1940.)

In the Matter of the Claim of GEORGE H. BRIDGES, Claimant, for Benefits under the Unemployment Insurance Law. JOSEPH S. STERLING, Employer, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for leave to file a brief *amicus curiæ* granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of J. FRANCIS DUNN, Appellant, against Dr. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent. — Motion for leave to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of CHESTER WARES, Appellant, against Dr. WALTER B. MARTIN, Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

H. V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. ARTHUR E. LANDEL, Doing Business as WILLIAMSVILLE DAIRY, Appellant, and NEW YORK STATE GUERNSEY BREEDERS' COOPERATIVE, INC., Added Defendant, Appellant. H. V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STERLING AMHERST FARMS DAIRY, INC., Appellant, and NEW YORK STATE GUERNSEY BREEDERS' COOPERATIVE, INC., Added Defendant, Appellant.— Motion for reargument denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.